UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-10013-CR-MOORE

UNITED STATES OF AMERICA,

       Plaintiff,

v.

REY LAZARO-PUNALES, et al.,

       Defendants.

_____

## O R D E R

THIS CAUSE is before the Court on the ore tenus Motion to Modify bond.  Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. Defendant **Rey Lazaro-Punales'** bond is modified to include the following:  Rey Lazaro-Punales is permitted to work while on electronic monitoring.

DONE AND ORDERED at Fort Lauderdale, Florida, this 11th day of April, 2008.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Strider Dickson (FTL)
Arnaldo Suri, Esq.